UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DORORTHY OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cv-01144-WTL-DML |
| | ) | |
| FRANCISCAN ALLIANCE, INC., d/b/a | ) | |
| FRANCISCAN ST. FRANCIS HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the Stipulation of Dismissal with Prejudice filed jointly by Plaintiff, Dorothy Owens, and Defendant, Franciscan Alliance, Inc., d/b/a Franciscan St. Francis Health.

AND THE COURT being duly advised in the premises having reviewed said Stipulation, hereby DISMISSES THIS ACTION, WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED this 19th day of December, 2012.


_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

Bradley L. Wilson
John H. Haskin & Associates
bwilson@hlllaw.com

John H. Haskin
John H. Haskin & Associates
jhaskin@hlllaw.com

Craig M. Williams
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C
cwilliams@HallRender.com

John P. Ryan
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
jryan@HallRender.com

1335135v.1